*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Lafayette DIVISION

| | |
|---|---|
| Samantha Chautin<br>Plaintiff | Case No. 25-cv-1632 |
| VS.<br>Taco Bell Corp.<br>Defendant | Judge<br>Magistrate Judge |

**ORDER**

IT IS ORDERED that <u>Anthony Paronich</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>Samantha Chautin</u> in the above described action.

SO ORDERED on this, the <u>30th</u> day of October, 2025.

_____
David J. Ayo
United States Magistrate Judge