AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:25-CV-01632-DCJ-DJA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>TACO BELL CORP C/O CT CORPORATION SYSTEM</u> was received by me on *(date)* <u>Oct 29, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tasha Mann, Process Specialist</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>TACO BELL CORP C/O CT CORPORATION SYSTEM</u> on *(date)* <u>Thu, Oct 30, 2025</u> at 12:14pm.; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

I declare under penalty of perjury that this information is true.

Date: October 30, 2025

*Server's signature*

WILLIAM H. DEWSNAP, III Process Server and Disinterested Person

*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 30, 2025, 12:14 pm EDT at 155 FEDERAL STREET, BOSTON, MA 02110 received by Tasha Mann, Process Specialist.

**Documents Served:** image001.pngTaco Bell Service Package; Summons In A Civil Action; and Class Action Complaint.