UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SAMANTHA CHAUTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP.,<br><br>Defendant. | CASE NO.: 6:25-cv-01632-DCJ-DJA<br><br>Judge: David C. Joseph<br><br>Magistrate Judge: David J. Ayo |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Taco Bell Corp. ("Defendant"), by and through its undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.9, hereby moves, unopposed, for an extension of time to file a response to Plaintiff's Class Action Complaint [Rec. Doc. 1] for good cause, and in support thereof states as follows:

1. Plaintiff filed her Complaint in the instant action on October 28, 2025.

2. Defendant was served with the summons on October 30, 2025, and therefore the current deadline for Defendant to respond to Plaintiff's Complaint is November 20, 2025.

3. The undersigned was recently retained as counsel for Defendant and requests additional time to investigate the allegations in the Complaint, to engage with Plaintiff's counsel, and to prepare an appropriate motion, answer, or other response to the Complaint.

4.      No prior extensions of time have been requested by Defendant. This motion is made in good faith and is not brought for purposes of delay. Further, granting this motion is in the interest of justice and will not prejudice any party.

5.      Plaintiff consents to the proposed extension.

6.      As demonstrated herein, good cause exists to grant the requested extension, and Defendant respectfully requests that the deadline to file a responsive pleading or motion directed to the Complaint be extended by thirty-two (32) days from November 20, 2025, to December 22, 2025.

WHEREFORE, Defendant respectfully requests entry of an order granting an extension of the deadline to serve a responsive pleading or motion directed to the Complaint up to and including December 22, 2025.

**Local Rule 7.9 Certification**

Pursuant to the Western District of Louisiana Local Rule 7.9, undersigned counsel certifies that counsel for Defendant conferred by email with Plaintiff's counsel, who does not oppose the extension of time requested in this Motion.

Dated: November 20, 2025                              Respectfully submitted,

<div style="margin-left:2em">

s/*Connor W. Peth*
Quentin F. Urquhart, Jr.
La. Bar No. 14475
Connor W. Peth
La. Bar No. 39499
Irwin Fritchie Urquhart Moore & Daniels LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2107
Fax: (504) 310-2101
qurquhart@irwinllc.com

Meredith C. Slawe (*pro hac vice forthcoming*)
Pennsylvania Bar No. 201489
New Jersey Bar No. 04192-2005
New York Bar No. 5964226
Michael W. McTigue, Jr. (*pro hac vice forthcoming*)
Pennsylvania Bar No. 69548
New Jersey Bar No. 053141993
New York Bar No. 5964192
Rachel E. Moore (*pro hac vice forthcoming*)
New York Bar No. 5829742
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
meredith.slawe@skadden.com
michael.mctigue@skadden.com
rachel.moore@skadden.com

*Counsel for Taco Bell Corp.*

</div>