UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SAMANTHA CHAUTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO.: 6:25-cv-01632-DCJ-DJA

Judge: David C. Joseph

Magistrate Judge: David J. Ayo

## ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS HEREBY ORDERED** that Defendant, Taco Bell Corp. be allowed an additional thirty-two (32) days within which to file responsive pleadings to Plaintiff's Class Action Complaint (R. Doc. 1), or until December 22, 2025.

LAFAYETTE, LOUISIANA, this _____ day of November 2025.

_____
DISTRICT JUDGE DAVID C. JOSEPH