UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SAMANTHA CHAUTIN, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>TACO BELL CORP.,<br><br>                      Defendant. | CASE NO.: 6:25-cv-01632-DCJ-DJA<br><br>Judge: David C. Joseph<br><br>Magistrate Judge: David J. Ayo |

**RULE 7.1 DISCLOSURE STATEMENT**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐ No.

    ☒ Yes, and

        ☒ These parent corporations and publicly held corporations own 10% or more of the filer's shares:

        Yum! Brands, Inc. (wholly owns Taco Bell Corp.)

        ☐ The filer has no parent corporation.

        ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. 2. Is the disclosing party either a party or an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?

    ☒ No.

☐   Yes.

Counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

Dated: November 20, 2025

                                          Respectfully submitted,

s/ *Connor W. Peth*
Quentin F. Urquhart, Jr.
La. Bar No. 14475
Connor W. Peth
La. Bar No. 39499
Irwin Fritchie Urquhart Moore & Daniels LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2107
Fax: (504) 310-2101
qurquhart@irwinllc.com

Meredith C. Slawe (*pro hac vice forthcoming*)
Pennsylvania Bar No. 201489
New Jersey Bar No. 04192-2005
New York Bar No. 5964226
Michael W. McTigue, Jr. (*pro hac vice forthcoming*)
Pennsylvania Bar No. 69548
New Jersey Bar No. 053141993
New York Bar No. 5964192
Rachel E. Moore (*pro hac vice forthcoming*)
New York Bar No. 5829742
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
meredith.slawe@skadden.com
michael.mctigue@skadden.com
rachel.moore@skadden.com

*Counsel for Taco Bell Corp.*