UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SAMANTHA CHAUTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP.,<br><br>Defendant. | CASE NO.: 6:25-cv-01632-DCJ-DJA<br><br>Judge: David C. Joseph<br><br>Magistrate Judge: David J. Ayo |

## ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS HEREBY ORDERED** that Defendant, Taco Bell Corp. be allowed an additional thirty-two (32) days within which to file responsive pleadings to Plaintiff's Class Action Complaint (R. Doc. 1), or until December 22, 2025.

LAFAYETTE, LOUISIANA, this 21st day of November 2025.

_____
David J. Ayo
United States Magistrate Judge