UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SAMANTHA CHAUTIN, individually and on behalf of all others similarly situated<br>Plaintiff | Case No.   6:25-cv-01632-DCJ-DJA |
| VS. | Judge   David C Joseph |
| Taco Bell Corp.<br>Defendant | Magistrate Judge   David J Ayo |

**ORDER**

IT IS ORDERED that Meredith C. Slawe be and is hereby admitted to the bar of this Court pro hac vice on behalf of Defendant in the above described action.

SO ORDERED on this, the  21st  day of November, 2025.

_____
U.S. Magistrate Judge David J. Ayo