UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SAMANTHA CHAUTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP.,<br><br>Defendant. | CASE NO.: 6:25-cv-01632-DCJ-DJA<br><br>Judge: David C. Joseph<br><br>Magistrate Judge: David J. Ayo |

## ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS HEREBY ORDERED** that Defendant, Taco Bell Corp. be allowed an additional thirty (30) days within which to file responsive pleadings to Plaintiff's Class Action Complaint (R. Doc. 1), or until January 21, 2026.

LAFAYETTE, LOUISIANA, this 17th day of December 2025.

_____
David J. Ayo
United States Magistrate Judge