## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **SAMANTHA CHAUTIN,** *individually and on behalf of all others similarly situated* | **CIVIL DOCKET NO. 6:25-CV-01632** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **TACO BELL CORPORATION** | **MAGISTRATE JUDGE DAVID J. AYO** |

### ORDER OF DISMISSAL

Considering the NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE [Doc. 17] filed by Plaintiff, Samantha Chautin, individually and on behalf of all other similarly situated;

IT IS HEREBY ORDERED that this lawsuit and all claims asserted herein by Plaintiff, individually and on behalf of all other similarly situated, against Defendant, Taco Bell Corporation, are hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 6th day of February 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE